# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-2157
LT Case No. 2016-CF-001527-C

_____

KELVON GRIMMAGE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Marion County.
Robert Hodges, Judge.

Kelvon Grimmage, Live Oak, pro se.

No Appearance for Appellee.

November 7, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____